**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The March 27, 2013 motion to withdraw filed by Tonda Curry, counsel for appellant, does not comply with the requirements of the rules of appellate procedure. *See* TEX. R. APP. P. 6.5(a). Accordingly, Curry's motion to withdraw is **DENIED** without prejudice to refiling.

/s/　　LANA MYERS
　　　　JUSTICE